**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 2:25-cv-12282-CV-KES                    Date: March 18, 2026

Title: CHRISTOPHER SCOTT PAYNE v. CITY OF GROVER BEACH

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **Order re Further Proceedings**

On February 3, 2026, the Court ordered that Defendant City of Grover Beach ("City") should respond to the Complaint by February 27, 2026.  (Dkt. 41.) Alternatively, the Court instructed that if Plaintiff wished to file a First Amended Complaint ("FAC") before that date, then he should alert counsel for the City so that the parties could stipulate to a schedule for filing and responding to any FAC. (Id.)

Instead, on February 27, 2026, Plaintiff filed a motion for leave to file a FAC.  (Dkt. 48.)  On March 2, 2026, the Court denied the motion for failing to include a declaration describing the parties' pre-filing conference per Local Rul 7-3 and failing to attach a copy of the proposed FAC per Local Rule 15-1.  (Dkt. 49.) Neither party has filed anything since.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-12282-CV-KES                                   Date: March 18, 2026
                                                                              Page 2

If Plaintiff wishes to file a FAC he shall (1) draft the proposed FAC; (2) email it to counsel for the City; and (3) in the transmittal email, ask if counsel is willing to stipulate to the filing of the proposed FAC or, alternatively, when counsel is available to meet and confer so that Plaintiff can file a motion for leave to amend.  Plaintiff shall do these three things by **April 6, 2026**.

If the City receives such an email, it shall respond **within three (3) business days**.  If the City is unwilling to stipulate to the filing of the proposed FAC, then (1) the meet-and-confer must happen no later than April 17, 2026, and Plaintiff must file his motion at least 7 days after the conference but no later than April 28, 2026.  If the City is willing to stipulate to the filing of the proposed FAC, then Plaintiff shall file the stipulation and the FAC by April 17, 2026, and the City's deadline to respond to the FAC shall be May 11, 2026.  Under either of these scenarios, the City is excused from responding to the Complaint.

If the City does not receive such an email by April 6, 2026, then the City shall respond to the Complaint by April 27, 2026.

Initials of Deputy Clerk jd