**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 2:25-cv-12282-CV-KES                    Date: May 4, 2026

Title:  CHRISTOPHER SCOTT PAYNE v. CITY OF GROVER BEACH

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **Order REQUIRING the Parties to File a Joint Status Report**

Based on the Court's prior order, the Court was expecting to receive either: (1) a motion for leave to file a First Amended Complaint ("FAC") from Plaintiff, (2) a FAC and stipulation, or (3) a response to the Complaint from Defendant by or before April 28, 2026.  (See Dkt. 51.)  As of the date of this minute order, the Court has received neither.  By **May 11, 2026**, the parties shall file a joint status report explaining the status of any discussions over a stipulation for Plaintiff to file a FAC, if/when Plaintiff intends to move for leave to file a FAC, or the date by which Defendant will respond to the initial Complaint.

Additionally, on April 27, 2026, Plaintiff filed a declination of consent to proceed before a Magistrate Judge.  (Dkt. 52.)  Because this is a civil rights case brought by a self-represented plaintiff, under General Order no. 05-07, this case has been referred to Magistrate Judge Scott to consider all preliminary matters, including issuing scheduling orders, overseeing discovery, and ruling on non-dispositive motions.  (Dkt. 7.)  Under General Order no. 05-07, as the parties have seen, the assigned District Judge rules on applications for emergency relief, such as temporary restraining orders.  Plaintiff's declination of consent does not affect the applicability of General Rule 05-07.  The denial of Plaintiff's motion for leave to amend due to failure to comply with the Local Civil Rules (Dkt. 49) was a non-dispositive ruling because Plaintiff may re-file that motion in a manner that complies with the Local Civil Rules.  If Plaintiff has questions about the roles of the Magistrate Judge and the District Judge, he should contact the pro se clinic.  Information about the pro se clinic is included with this minute order.

Initials of Deputy Clerk jd

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-12282-CV-KES                                          Date: May 4, 2026
                                                                              Page 2

| Free Legal Help for People without an Attorney | | |
|---|---|---|
| <u>**Los Angeles**</u> | <u>**Santa Ana**</u> | <u>**Riverside**</u> |
| *Location:*<br>Edward Roybal R. Federal Building and Courthouse<br>255 East Temple Street<br>Suite 170 (Terrace Level)<br>Los Angeles, CA 90012 | *Location:*<br>Ronald Reagan Federal Building and Courthouse<br>411 W. 4th Street<br>Room 1055 (1st Floor)<br>Santa Ana, CA 92701 | *Location:*<br>George E. Brown Federal Building<br>3420 Twelfth Street<br>Room 125<br>Riverside, CA 92501 |
| *Hours:*<br>Wednesday<br>10:00 a.m. – 12:00 p.m. and<br>1:00 p.m. – 3:00 p.m. | *Hours:*<br>Tuesday<br>1:00 p.m. – 4:00 p.m. (virtual)<br>Thursday<br>10:00 a.m. – 12:00 p.m. and<br>1:30 p.m. – 3:30 p.m.<br>(in person at the courthouse) | *Hours:*<br>Monday and Wednesday<br>9:00 a.m. – 3:00 p.m. |
| To make an appointment or for more information, contact Public Counsel at:<br>(213) 385-2977, ext. 270 | For more information, contact Public Law Center at:<br>(714) 541-1010, Ext. 222 | For more information, contact Public Service Law Corporation at:<br>(951) 682-7968 |
| **Visit the Court's website for further information:**<br>**http://prose.cacd.uscourts.gov/federal-pro-se-clinics** | | |