Jennifer P. Thompson, State Bar # 326383
Wiley R. Driskill, State Bar # 253913
Karmdeep Gill, State Bar # 317358
**LOZANO SMITH**
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Telephone:      (559) 431-5600
Facsimile:      (559) 261-9366
E-Mail:          jthompson@lozanosmith.com
                 wdriskill@lozanosmith.com
                 kgill@lozanosmith.com

Attorneys for Defendant
City of Grover Beach

LOZANO SMITH
7404 N. Spalding Avenue Fresno, CA 93720-3370
Tel 559-431-5600  Fax 559-261-9366

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCOTT PAYNE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF GROVER BEACH,<br><br>　　　　Defendant. | Case No. 2:25-cv-12282-CV-KES<br><br>**STATUS REPORT** |

Pursuant to Court Order (Doc. 53), Defendant City of Grover Beach ("Defendant") submits this Status Report regarding the status of Plaintiff's intent to file a First Amended Complaint.

1.　　On April 6, 2026, Plaintiff emailed counsel for Defendant and asked whether counsel would be willing to stipulate to filing of the proposed First Amended Complaint or, alternatively, when counsel was available to meet and confer so Plaintiff could file a motion for leave to amend. Plaintiff asked counsel for Defendant to respond to the email within fourteen (14) business days.

2.　　On April 20, 2026, counsel for Defendant responded to Plaintiff's email and stipulated to the filing of the First Amended Complaint.

3.　　On May 8, 2026, counsel for Defendant emailed Plaintiff a draft of this Joint Status Report and asked if Plaintiff had any suggested changes. Counsel for Defendant also asked Plaintiff

when he intended to file his First Amended Complaint. As of May 11, 2026, Plaintiff has not responded to the email, nor given any other input regarding this Status Report.  Therefore, Defendant is filing this Status Report on its own behalf.

    4.    Defendant intends to respond to the initial Complaint no later than May 26, 2026.

Dated: May 11, 2026        Respectfully submitted,

**LOZANO SMITH**

_/s/ Wiley R. Driskill_
Wiley R. Driskill
Attorneys for City of Grover Beach

LOZANO SMITH
7404 N. Spalding Avenue Fresno,  CA 93720-3370
Tel 559-431-5600  Fax 559-261-9366

## CERTIFICATE OF SERVICE

I, **Veronica Banda,** am employed in the County of Fresno, State of California.  I am over the age of eighteen years and not a party to the within entitled cause; my business address is 7404 N. Spalding Avenue, Fresno, California  93720. My electronic service email address is vbanda@lozanosmith.com.

I hereby certify that on May 11, 2026, I electronically filed the document **CITY OF GROVER BEACH'S STATUS REPORT** with the Clerk of the Court by using the CM/ECF system. I caused delivery to be made on the interested parties in this action by the mode of service indicated below:

> Christopher Scott Payne
> P.O. Box 1318, M/S 3147
> Sacramento, CA 95812
> **PRO SE**
> Email:  paynec9@icloud.com
>         castillochristen33@gmail.com
>         lost.yet.another21@gmail.com

[X]    (*Regular U.S. Mail on Pro Se*) on all parties in said action in accordance with Code of Civil Procedure Section 1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above, at Lozano Smith, which mail placed in that designated area is given the correct amount of postage and is deposited at the Post Office that same day, in the ordinary course of business, in a United States mailbox in the County of Fresno.

[X]    (*By Electronic Mail on Pro Se*) on all parties in said action by transmitting a true and correct to the persons at the email addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]    (*By Personal Service*) by causing to be personally delivered a true copy thereof to the addressee above.

[ ]    *(By Electronic Filing Service Provider)* by transmitting a true and correct copy thereof by electronic filing service provider (EFSP), CM/ECF System, to the interested party(s) or their attorney of record to said action at the e-mail address(es) of record and contained within the relevant EFSP database listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication from the EFSP that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on May 11, 2026, at Fresno, California.

_____
Veronica Banda

LOZANO SMITH
7404 N. Spalding Avenue Fresno,  CA 93720-3370
Tel 559-431-5600 Fax 559-261-9366

| Status Report | - 3 - | Payne vs. City of Grover Beach<br>Case No. 2:25-cv-12282-CV-KES |