OFFICE OF THE CITY ATTORNEY
CITY OF SAN LUIS OBISPO
J. Christine Dietrick (206539)
Sadie Symens (317199)
City Attorney
990 Palm Street
San Luis Obispo, CA 93401
Telephone: (805) 781-7140
Fax: (805) 781-7109
cdietrick@slocity.org
ssymens@slocity.org

Attorney for City of San Luis Obispo,
a charter city and municipal corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCOTT PAYNE<br>            Plaintiff,<br><br>        v.<br><br>CITY OF GROVER BEACH<br>            Defendant. | Civil Action No.: 2:25-cv-12282<br>Assigned to: Hon. Cynthia Valenzuela<br><br>**CITY OF SAN LUIS OBISPO'S<br>OBJECTIONS TO PLAINTIFF'S<br>SUBPOENA TO PRODUCE RECORDS** |

On May 7, 2026, the City of San Luis Obispo ("City") received a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena") from Plaintiff. A copy of the subpoena is attached as **Exhibit A**. Pursuant to Federal Rule of Civil Procedure 45, the City objects to Plaintiff's Subpoena as follows:

1.  The City objects to the Subpoena because it was improperly served under Federal Rule of Civil Procedure 45. The City received the subpoena via facsimile and no other method of service. (See Declaration of Kelly Holcomb, filed herewith.) The City is not a named party, and facsimile service does not comply with Rule 45. (See *Firefighters*

1

**OBJECTION TO SUBPOENA**

*Institute for Racial Equality ex rel. Anderson v. City of St. Louis* (2000) 220 F.3d 898, 903.)

2. The City objects to the Subpoena because it does not identify a date of production. Rule 45 requires that a subpoena identify a specified time and place for production of designated documents. The Subpoena simply says "ASAP." This does not comply with Rule 45.

3. The City objects to the Subpoena because it does not cognizably identify the records the City is commanded to produce. Rule 45 empowers a subpoena to command a person to "produce designated documents." Plaintiff's Subpoena "commands" the City to produce the following documents: "See attached. Electronic submission preferred. Correcting date of previously submitted." Nothing is attached to the Subpoena. The only other page is the fax cover sheet from FedEx. The Comments section of the cover sheet says "correted [sic] supoena [sic] Date Range of requested info 12/19/24 thru present." Neither page of the Subpoena identifies what documents are requested.

For the reasons stated above, the City herein objects to the Subpoena in its entirety and declines to respond thereto.

Dated this 19th day of May, 2026, in the City of San Luis Obispo, San Luis Obispo County, California.

By: _____

Sadie Symens, Deputy City Attorney

City of San Luis Obispo

2

**OBJECTION TO SUBPOENA**

**Exhibit A**

5/7/2026   9:17 PM   FROM: Fedex Office 1012    TO: +18057817109    P. 1



FedEx® Office

Fax Cover Sheet

Date _5/6/26_    Number of pages _2_ (including cover page)

To:

Name _City Attorney/Clerk_

Company _City City of San Luis Obispo_

Telephone _Urgent_

Fax _805-781-7109_

From:

Name _Payne v. City of Grover Beach_

Company

Telephone

Comments _Corrected Subpeene_
_Date Range of Requested_
_Info 12/19/24 thru Present_

| *4900* | *4901* | *4902* |
|---|---|---|
| Fax - Local Send | Fax - Domestic Send | Fax - International Send |

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2025 FedEx. All rights reserved. Products, services and hours vary by location. 725.MK16.001          2188309R

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Christopher Scott Pyne )
_____Plaintiff_____ )
v. )         Civil Action No. 2:25-cv-12282 KES
City of Grover Beach )
_____Defendant_____ )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: San Luis Obispo Police Department

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attached. Electronic Submission Prefferred. Correcting date of Previously Submitted

| Place: 990 Palm Ave San Luis Obispo CA | Date and Time: ASAP |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: APR 27 2026

CLERK OF COURT

_____           OR           _____
Signature of Clerk    RENICO SMITH                    Attorney's signature

1278

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).