OFFICE OF THE CITY ATTORNEY
CITY OF SAN LUIS OBISPO
J. Christine Dietrick (206539)
Sadie Symens (317199)
City Attorney
990 Palm Street
San Luis Obispo, CA 93401
Telephone: (805) 781-7140
Fax: (805) 781-7109
cdietrick@slocity.org
ssymens@slocity.org

Attorney for City of San Luis Obispo,
a charter city and municipal corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER SCOTT PAYNE | ) | Civil Action No.: 2:25-cv-12282 |
| Plaintiff, | ) | Assigned to: Hon. Cynthia Valenzuela |
| | ) | |
| v. | ) | **DECLARATION OF KELLY HOLCOMB** |
| | ) | |
| CITY OF GROVER BEACH | ) | |
| Defendant. | ) | |
| | ) | |

I, Kelly Holcomb, declare as follows:

1. I am currently employed by the City of San Luis Obispo ("City") as a Senior Legal Analyst.

2. As part of my regular job duties, I am my department's custodian of records and assist the records custodians of other City departments in responding to various types of requests for records (e.g. discovery, subpoenas, public record requests).

3. On May 7, 2026, I found a two-page document in the City Attorney's fax tray, the first page labeled "Fax Cover Sheet" and the second page entitled "Subpoena to Produce

1

DECLARATION OF KELLY HOLCOMB

Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action" for the above-captioned matter (the "Subpoena.")

4. To the best of my knowledge, which includes verifying with everyone else in the office, this office was not served with another copy of the Subpoena by any other method of service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 19th Day of May 2026, in the City of San Luis Obispo, San Luis Obispo County, California.

By: _____

Kelly Holcomb

City of San Luis Obispo

DECLARATION OF KELLY HOLCOMB