**<u>PROOF OF SERVICE</u>**

STATE OF CALIFORNIA; COUNTY OF SAN LUIS OBISPO

I am employed in the County of San Luis Obispo, State of California.  I am over the age of 18, and not a party to the within action.  My business address is 990 Palm Street, San Luis Obispo, California 93401.

On May 20, 2026, I caused the foregoing document described as **CITY OF SAN LUIS OBISPO'S OBJECTIONS TO PLAINTIFF'S SUBPOENA TO PRODUCE RECORDS and DECLARATION OF KELLY HOLCOMB** to be served on the interested parties in this action by attaching a PDF copy of the document to electronic mail sent to the email addresses below. No other mailing information was provided by the Plaintiff in the Subpoena:

In pro per, Christopher S. Payne
Email: paynec9@icloud.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on May 20, 2026, at San Luis Obispo, California.

_____
Eric Wooten

PROOF OF SERVICE
- 1 -