Jennifer P. Thompson, State Bar # 326383
Wiley R. Driskill, State Bar # 253913
Karmdeep Gill, State Bar # 317358
**LOZANO SMITH**
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Telephone: (559) 431-5600
Facsimile: (559) 261-9366
E-Mail: jthompson@lozanosmith.com
wdriskill@lozanosmith.com
kgill@lozanosmith.com

Attorneys for Defendant
City of Grover Beach

LOZANO SMITH
7404 N. Spalding Avenue Fresno, CA 93720-3370
Tel 559-431-5600 Fax 559-261-9366

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCOTT PAYNE,<br>Plaintiff,<br>vs.<br>CITY OF GROVER BEACH,<br>Defendant. | Case No. 2:25-cv-12282-CV-KES<br>**DISCOVERY STATUS REPORT** |

Pursuant to Court Order (Doc. 58), Defendant City of Grover Beach ("Defendant") respectfully submits this Discovery Status Report.

1. The principal issue raised by this case is whether Defendant's ongoing impoundment of Plaintiff Christopher Scott Payne's ("Plaintiff") white Tesla violates Plaintiff's right to procedural due process under the Fourteenth Amendment or his right against unlawful seizure under the Fourth Amendment when Plaintiff was arrested for probable cause of a violation of the California Criminal Code, has not provided Defendant with proof of the white Tesla's operability, and has not paid, or come to an agreement to pay, the impound fees incurred as a result of the white Tesla's impoundment.

2. Defendant has provided Plaintiff with an initial disclosure statement and mailed Plaintiff copies of the items referenced in the initial disclosure statement. However, the initial disclosure packet was returned to Defendant with notice from the U.S. Postal Service that the mail is being returned because Plaintiff is no longer active at the previously provided PO Box or because there was not enough information to deliver the initial disclosure packet. Defendant has not received an initial disclosure statement from Plaintiff; therefore, it is unclear when discovery will be completed in this matter.

3. Defendant intends to file a motion to dismiss in this matter. Defendant intends to file that motion on or before September 9, 2026.

4. Defendant has not received a settlement demand from the Plaintiff. Defendant previously provided Plaintiff with a letter outlining the legal obligations Plaintiff must comply with prior to obtaining possession of the Tesla. (See City of Grover Beach's Opposition to Third Renewed Application for Temporary Restraining Order, Exhibit B (Doc. 46).)

5. Defendant is willing to attend a settlement conference with the Magistrate Judge assigned to this case or another Magistrate Judge. Defendant will defer to the Court regarding the scheduling of the settlement conference.

Dated: September 1, 2026

Respectfully submitted,

**LOZANO SMITH**

*/s/ Wiley R. Driskill*
Wiley R. Driskill
Attorneys for City of Grover Beach

LOZANO SMITH
7404 N. Spalding Avenue Fresno, CA 93720-3370
Tel 559-431-5600 Fax 559-261-9366

LOZANO SMITH
7404 N. Spalding Avenue Fresno, CA 93720-3370
Tel 559-431-5600 Fax 559-261-9366

## PROOF OF SERVICE

I, **Shaun R. Ardemagni,** am employed in the County of Fresno, State of California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is7404 N. Spalding Ave., Fresno, California, 93720. **FOR ELECTRONIC SERVICE:** My email address is **sardemagni@lozanosmith.com**.

On September 1, 2026, I served the attached:

**DISCOVERY STATUS REPORT**

on the interested parties in said cause, by causing delivery to be made by the mode of service indicated below:

Christopher Scott Payne
P.O. Box 1318, M/S 3147
Sacramento, CA 95812
***PRO SE***
Email: paynec9@icloud.com
castillochristen33@gmail.com
lost.yet.another21@gmail.com

[ X ] (***Regular U.S. Mail***) on all parties in said action in accordance with Code of Civil Procedure Section 1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above, at Lozano Smith, which mail placed in that designated area is given the correct amount of postage and is deposited at the Post Office that same day, in the ordinary course of business, in a United States mailbox in the County of Fresno.

[ X ] (***By Electronic Mail***) on all parties in said action by transmitting a true and correct to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 1, 2026, at Fresno, California.

Shaun R. Ardemagni
Shaun R. Ardemagni