**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 2:25-cv-12282-CV-KES Date: September 2, 2026

Title: CHRISTOPHER SCOTT PAYNE v. CITY OF GROVER BEACH

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Jazmin Dorado | Not Present |
| Courtroom Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): Order to Show Cause ("OSC") Why This Case Should Not Be Dismissed**

On May 4, 2026, the Court ordered the parties to file a joint status report. (Dkt. 53.) On May 11, 2026, Defendant City of Grover Beach (the "City") filed a status report stating that after exchanging some emails with Plaintiff in April, by May 2026, Plaintiff had stopped responding to emails about potentially amending his complaint. (Dkt. 54.)

After the City answered, on May 28, 2026, the Court issued a Case Management and Scheduling Order ("CMO"). (Dkt. 58.) The CMO established the following deadlines:

| | |
|---|---|
| Last Day to Serve Initial Disclosures | July 16, 2026 |
| Last Day to Exchange Documents Listed in Initial Disclosures | August 5, 2026 |
| File Status Reports Regarding Discovery | September 1, 2026 |
| Last Day to Serve Opposing Parties with Interrogatories, Requests for Admission, and Requests for Production of Documents and Things | September 9, 2026 |

(Id. at 2.) The CMO also warned Plaintiff that failure to keep his mailing address up to date could result in dismissal. (Id. at 4.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL



On September 1, 2026, the City filed a discovery status report, but Plaintiff did not. (Dkt. 59.) According to the City, it attempted to provide Plaintiff with initial disclosures, but "the initial disclosure packet was returned to Defendant with notice from the U.S. Postal Service that the mail is being returned because Plaintiff is no longer active at the previously provided PO Box or because there was not enough information to deliver the initial disclosure packet." (Id. at 2.) Defendant never received any initial disclosures or related documents from Plaintiff. Defendant could not serve any written discovery on Plaintiff, since mail to Plaintiff was returned as undeliverable.

By September 16, 2026, Plaintiff is ordered to show cause in writing why this case should not be dismissed for failure to keep the Court and opposing counsel apprised of a valid mailing address (as required by Local Rule 41-6)[1] and failure to follow court orders (by failing to serve initial disclosures, failing to participate in discovery, and failing to file a discovery status report). **Plaintiff's failure to file a timely response to this OSC may result in the dismissal of this case.**

Initials of Deputy Clerk jd

[1] The Court's Local Rules are available online at: https://www.cacd.uscourts.gov/court-procedures/local-rules.