Wiley R. Driskill, SBN 253913
Karmdeep Gill, SBN 317358
LOZANO SMITH
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Telephone: (559) 431-5600
Facsimile: (559) 261-9366
Emails: wdriskill@lozanosmith.com
kgill@lozanosmith.com

Attorneys for Defendant
CITY OF GROVER BEACH

LOZANO SMITH
7404 N. Spalding Ave., Fresno, CA 93720
Tel 559-431-5600 Fax 559-261-9366

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCOTT PAYNE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF GROVER BEACH, a municipal entity,<br><br>Defendant. | Case No. 2:25-cv-12282-CV-KES<br><br>**DEFENDANT CITY OF GROVER BEACH'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Action Filed: December 29, 2025<br>Judge: Hon. Karen E. Scott<br><br>**Fed. R. Civ. P. 12((c)**<br><br>Date: November 10, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6D, 6th Floor<br>Judge: Hon. Karen E. Scott<br><br>[*Filed separately but concurrently with Declaration of Karmdeep S. Gill and Memorandum of Points and Authorities*] |

**TO THE HONORABLE COURT and PLAINTIFF PRO SE:**

PLEASE TAKE NOTICE that Defendant, CITY OF GROVER BEACH ("City"), will and hereby does move the Court pursuant to Rule 12(c) of the Federal Rules of Civil Procedure ("FRCP") for judgment on the pleadings regarding Plaintiff CHRISTOPHER SCOTT PAYNE's ("Plaintiff") complaint, filed December 29, 2025 ("Complaint"), on the grounds that the Complaint fails to state a claim upon which relief can be granted.

The motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Karmdeep S. Gill, all pleadings and papers on file in this action, and upon such oral or documentary evidence as may be presented to the Court.

Dated: September 9, 2026

Respectfully submitted,

**LOZANO SMITH**

Wiley R. Driskill
Karmdeep S. Gill
Attorneys for Defendant
CITY OF GROVER BEACH

LOZANO SMITH
7404 N. Spalding Ave., Fresno, CA 93720
Tel 559-431-5600 Fax 559-261-9366

LOZANO SMITH
7404 N. Spalding Ave., Fresno, CA 93720
Tel 559-431-5600 Fax 559-261-9366

## PROOF OF SERVICE

I, **Shaun R. Ardemagni,** am employed in the County of Fresno, State of California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is7404 N. Spalding Ave., Fresno, California, 93720. **FOR ELECTRONIC SERVICE:** My email address is **sardemagni@lozanosmith.com**.

On September 9, 2026, I served the attached:

**DEFENDANT CITY OF GROVER BEACH'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**

on the interested parties in said cause, by causing delivery to be made by the mode of service indicated below:

Christopher Scott Payne
P.O. Box 1318, M/S 3147
Sacramento, CA 95812
***PRO SE***
Email: paynec9@icloud.com
castillochristen33@gmail.com
lost.yet.another21@gmail.com

[ X ] (***Regular U.S. Mail***) on all parties in said action in accordance with Code of Civil Procedure Section 1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above, at Lozano Smith, which mail placed in that designated area is given the correct amount of postage and is deposited at the Post Office that same day, in the ordinary course of business, in a United States mailbox in the County of Fresno.

[ X ] (***By Electronic Mail***) on all parties in said action by transmitting a true and correct to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 9, 2026, at Fresno, California.

Shaun R. Ardemagni
Shaun R. Ardemagni