Wiley R. Driskill, SBN 253913
Karmdeep Gill, SBN 317358
LOZANO SMITH
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Telephone: (559) 431-5600
Facsimile: (559) 261-9366
Emails: wdriskill@lozanosmith.com
kgill@lozanosmith.com

Attorneys for Defendant
CITY OF GROVER BEACH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCOTT PAYNE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF GROVER BEACH, a municipal entity,<br><br>Defendant. | Case No. 2:25-cv-12282-CV-KES<br><br>**DECLARATION OF KARMDEEP S. GILL RE: MEET AND CONFER EFFORTS PURSUANT TO L.R. 7-3 IN SUPPORT OF DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Action Filed: December 29, 2025<br>Judge: Hon. Karen E. Scott<br><br>**Fed. R. Civ. P. 12(c)**<br><br>Date: November 10, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6D, 6th Floor<br>Judge: Hon. Karen E. Scott<br><br>[*Filed separately but concurrently with Defendant's Notice of Motion and Motion and Memorandum of Points and Authorities*] |

//

//

//

//

//



LOZANO SMITH
400 Capitol Mall, Suite 2200, Sacramento, California 95814
Tel 916-329-7433 Fax 916-329-9050

LOZANO SMITH
400 Capitol Mall, Suite 2200, Sacramento, California 95814
Tel 916-329-7433 Fax 916-329-9050

I, Karmdeep Gill, declare as follows:

1. I am an attorney at law duly licensed to practice law in the State of California, an associate in the law firm of Lozano Smith, and one of the attorneys responsible for handling this matter on behalf of Defendant CITY OF GROVER BEACH. I have personal knowledge of the matters contained within this declaration and, if I am called upon to testify to the truth of the statements made herein, I could and would competently testify hereto.

2. This Declaration is submitted in support of the Defendant's Motion to Dismiss Plaintiffs' Complaint for Declaratory and Injunctive Relief and, specifically, to confirm attempted compliance with Local Rule 7-3's obligation to meet and confer with Plaintiff Christopher Scott Payne in advance of filing a Motion to Dismiss.

3. On July 16, 2026, I sent an email to Plaintiff Christopher Scott Payne to schedule a time to meet and confer regarding the Defendant's intended Motion for Judgment on the Pleadings. I sent the email to three (3) email accounts associated with Plaintiff Christopher Scott Payne, including the email account contained in the Court's docket. I did not receive a response.

4. On July 27, 2026, I sent another email to the three (3) email accounts associated with Plaintiff Christopher Scott Payne and asked if he was available to meet and confer on July 28th regarding the Defendant's intended Motion to Dismiss.

5. On July 28, 2026, Plaintiff Christoper Scott Payne replied by email and said that he was available "tomorrow". I responded by email on the same day and asked if a phone call at 4:00 p.m. would work for him.

6. On July 29, 2026, Plaintiff Christopher Scott Payne sent an email in which he said that he was available "tomorrow the 28th." I responded by email on the same day, apologized for my misunderstanding, and asked if Plaintiff Christopher Scott Payne was available to meet and confer on either August 5th, August 6th, or August 7th. Plaintiff Christopher Scott Payne never responded to my July 29th email.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed this 8th day of September 2026 at Fresno, California.

Karmdeep S. Gill

LOZANO SMITH
400 Capitol Mall, Suite 2200, Sacramento, California 95814
Tel 916-329-7433 Fax 916-329-9050

LOZANO SMITH
400 Capitol Mall, Suite 2200, Sacramento, California 95814
Tel 916-329-7433 Fax 916-329-9050

## PROOF OF SERVICE

I, **Shaun R. Ardemagni,** am employed in the County of Fresno, State of California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is7404 N. Spalding Ave., Fresno, California, 93720. **FOR ELECTRONIC SERVICE:** My email address is **sardemagni@lozanosmith.com**.

On September 9, 2026, I served the attached:

**DECLARATION OF KARMDEEP S. GILL RE: MEET AND CONFER EFFORTS PURSUANT TO L.R. 7-3 IN SUPPORT OF DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

on the interested parties in said cause, by causing delivery to be made by the mode of service indicated below:

Christopher Scott Payne
P.O. Box 1318, M/S 3147
Sacramento, CA 95812
***PRO SE***
Email: paynec9@icloud.com
castillochristen33@gmail.com
lost.yet.another21@gmail.com

[ X ] (***Regular U.S. Mail***) on all parties in said action in accordance with Code of Civil Procedure Section 1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above, at Lozano Smith, which mail placed in that designated area is given the correct amount of postage and is deposited at the Post Office that same day, in the ordinary course of business, in a United States mailbox in the County of Fresno.

[ X ] (***By Electronic Mail***) on all parties in said action by transmitting a true and correct to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 9, 2026, at Fresno, California.

*Shaun R. Ardemagni*
Shaun R. Ardemagni