**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-12282-CV-KES Date: September 10, 2026

Title: CHRISTOPHER SCOTT PAYNE v. CITY OF GROVER BEACH

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Jazmin Dorado | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: None Present | ATTORNEYS PRESENT FOR DEFENDANT: None Present |

**PROCEEDINGS (IN CHAMBERS):** **Scheduling Order Re Defendant's Motion for Judgment on the Pleadings (Dkt. 61)**

On September 9, 2026, Defendant City of Grover Beach filed a motion for judgment on the pleadings regarding Plaintiff's Complaint. (Dkt. 1.) IT IS HEREBY ORDERED that:

1. The hearing noticed for November 10, 2026, is ordered **off calendar**. The Court finds this matter appropriate for resolution without oral argument. Fed. R. Civ. P. 78; L.R. 7-15.

2. Plaintiff shall file an opposition on or before **October 12, 2026.**

3. Defendant shall file a reply on or before either (1) **October 26, 2026**, or (2) **fourteen days after Plaintiff's opposition is docketed**, whichever comes later.

4. **If Plaintiff fails to respond to the motion to dismiss or request an extension before the deadline, the Court may dismiss this lawsuit for failure to prosecute.**

Initials of Deputy Clerk jd

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**



| **Free Legal Help for People without an Attorney** | | |
|---|---|---|
| **Los Angeles**<br><br>***Location:***<br>Edward Roybal R. Federal Building and Courthouse<br>255 East Temple Street<br>Suite 170 (Terrace Level)<br>Los Angeles, CA 90012<br><br>***Walk-In Hours:***<br>Wednesday 10 a.m.-12 p.m. and 1 p.m.-3 p.m.<br><br>For more information, contact Public Counsel at:<br>(213) 385-2977, Ext. 270 | **Santa Ana**<br><br>***Location:***<br>Ronald Reagan Federal Building and Courthouse<br>411 W. 4th Street<br>Room 1055 (1st Floor)<br>Santa Ana, CA 92701<br><br>***Walk-In Hours:***<br>Thursday 10 a.m.-12 p.m. and 1:30 p.m. to 3:30 p.m.<br><br>For more information, contact Public Law Center at:<br>(714) 541-1010, Ext. 222 | **Riverside**<br><br>***Location:***<br>George E. Brown Federal Building<br>3420 Twelfth Street<br>Room 125<br>Riverside, CA 92501<br><br>***Walk-In Hours:***<br>Tuesday and Thursday<br>9 a.m.-3 p.m.<br><br>For more information, contact Public Service Law Corporation at:<br>(951) 682-7968 |
| **Visit the Court's website for further information:**<br>**http://prose.cacd.uscourts.gov/federal-pro-se-clinics** | | |