**CHRISTOPHER SCOTT PAYNE**
1 Poehnert Rd
Boerne, Texas 78006
Telephone: (830) 555-0199
Email: green.eggs.ham.run@gmail.com
*Plaintiff Pro Se*

FILED
CLERK, U.S. DISTRICT COURT
09/18/2026
CENTRAL DISTRICT OF CALIFORNIA
BY jd DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**LOZANO SMITH**
Karmdeep Gill, Esq. (SBN 273618)
Wiley Russ Driskill, Esq. (SBN 253812)
7404 North Spalding Avenue
Fresno, California 93720
Email: kgill@lozanosmith.com | wdriskill@lozanosmith.com
*Counsel for Defendant City of Grover Beach*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CHRISTOPHER SCOTT PAYNE**,
*Plaintiff*,
v.
**CITY OF GROVER BEACH**,
*Defendant*.

**Case No.: 2:25-cv-12282-CV-KES**

**JOINT MOTION TO STAY PROCEEDINGS PENDING EXECUTION OF SETTLEMENT; RESPONSE TO ORDER TO SHOW CAUSE (DKT. 60)**

**Hon. Cynthia Valenzuela**
*United States District Judge*
**Hon. Karen E. Scott**
*United States Magistrate Judge*

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff *pro se* Christopher Scott Payne and Defendant City of Grover Beach (collectively, the 'Parties'), by and through their respective counsel of record, hereby jointly move this Honorable Court for an Order staying all proceedings, discovery obligations, and

scheduling deadlines in this action through October 13, 2026, pending the completion and execution of a formal settlement agreement.

In addition, Plaintiff Christopher Scott Payne submits this Joint Motion as his formal written response to the Court's Order to Show Cause Re: Dismissal issued on September 2, 2026 (Dkt. 60). As set forth herein, good cause exists to vacate the Order to Show Cause and stay proceedings.

## I. MEMORANDUM OF POINTS AND AUTHORITIES

**A. Good Cause Exists for a Stay Pending Settlement Execution.** On September 17, 2026, the Parties reached a comprehensive, good-faith conditional settlement agreement resolving all civil claims arising out of the seizure and impoundment of Plaintiff's 2019 Tesla Model 3.

The core terms of the agreed settlement framework include: (1) the immediate return and title release of Plaintiff's 2019 Tesla Model 3 free and clear of all towing and storage liens; (2) a complete waiver and satisfaction of all accrued municipal and towing fees; (3) monetary consideration of $25,000.00; (4) a complete release and waiver of all 42 U.S.C. § 1983 civil rights, excessive force, and police brutality claims against the City of Grover Beach, the Grover Beach Police Department (GBPD), and its command staff; and (5) a binding covenant requiring the City and GBPD to formally notify the District Attorney's Office of their affirmative support for dropping state misdemeanor charges in *People v. Christopher Scott Payne* (Case No. 25M-10436), specifically including Penal Code § 148(a)(1).

Because Defendant City of Grover Beach is a municipal entity, formal approval and execution of the final settlement documents require executive review and authorization during a closed-session meeting of the Grover Beach City Council pursuant to California Government Code § 54956.9(d)(4).

**B. Compliance with Local Rule 41-6 and Response to OSC (Dkt. 60).** Pursuant to Local Rule 41-6, Plaintiff formally confirms his current and valid address of record: **1**

**Poehnert Rd, Boerne, Texas 78006**, Email: **green.eggs.ham.run@gmail.com**. Plaintiff respectfully requests that the Clerk of Court update the docket accordingly.

Because the Parties have actively negotiated a full resolution that disposes of this entire litigation, requiring the Parties to conduct discovery or file status reports during the municipal approval window would cause unnecessary expense and waste judicial resources. Accordingly, good cause exists to discharge and vacate the Order to Show Cause (Dkt. 60).

## II. CONCLUSION AND PRAYER FOR RELIEF

WHEREFORE, the Parties respectfully request that the Court enter an Order: (1) Discharging and vacating the Order to Show Cause (Dkt. 60); (2) Updating Plaintiff's address of record to 1 Poehnert Rd, Boerne, Texas 78006; (3) Staying all discovery, motion practice, and scheduling order deadlines (Dkt. 58) through October 13, 2026; and (4) Ordering the Parties to file a Joint Stipulation for Dismissal with Prejudice pursuant to FRCP 41(a)(1)(A)(ii) or a Joint Status Report on or before October 13, 2026.

**DATED: September 17, 2026**

**CHRISTOPHER SCOTT PAYNE**
*Plaintiff Pro Se*
1 Poehnert Rd
Boerne, Texas 78006
Email: green.eggs.ham.run@gmail.com

**DATED: September 17, 2026**

**LOZANO SMITH**

By: ______________________________

**KARMDEEP GILL, ESQ.**
**WILEY RUSS DRISKILL, ESQ.**
*Counsel for Defendant City of Grover Beach*

**PROOF OF SERVICE**

I, Christopher Scott Payne, declare under penalty of perjury under the laws of the United States that I am the Plaintiff *pro se* in the above-captioned matter, over 18 years of age, and a resident of Boerne, Kendall County, Texas. My mailing address is 1 Poehnert Rd, Boerne, Texas 78006.

On **September 17, 2026**, I served a true and correct copy of the foregoing document entitled **JOINT MOTION TO STAY PROCEEDINGS PENDING EXECUTION OF SETTLEMENT; RESPONSE TO ORDER TO SHOW CAUSE (DKT. 60)** on Defendant City of Grover Beach by depositing a true copy in the U.S. Mail at Boerne, Texas, in a sealed envelope with postage fully prepaid, and by electronic mail, addressed to counsel of record:

**LOZANO SMITH**
Attn: Karmdeep Gill, Esq. (kgill@lozanosmith.com)
Attn: Wiley Russ Driskill, Esq. (wdriskill@lozanosmith.com)
7404 North Spalding Avenue, Fresno, CA 93720

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 17, 2026, at Boerne, Texas.

______________________________

**CHRISTOPHER SCOTT PAYNE**
*Declarant / Plaintiff Pro Se*

**CHRISTOPHER SCOTT PAYNE**
1 Poehnert Rd
Boerne, Texas 78006
Email: green.eggs.ham.run@gmail.com
*Plaintiff Pro Se*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTOPHER SCOTT PAYNE**, *Plaintiff pro se*, | **CASE NO.: 2:25-cv-12282-CV-KES** |
| v. | **[PROPOSED] ORDER DISCHARGING ORDER TO SHOW CAUSE AND STAYING PROCEEDINGS PENDING SETTLEMENT** |
| **CITY OF GROVER BEACH**, *Defendant*. | **Hon. Cynthia Valenzuela** *United States District Judge* |
| | **Hon. Karen E. Scott** *United States Magistrate Judge* |

Having considered the Joint Motion to Stay Proceedings Pending Execution of Settlement and Response to Order to Show Cause filed by Plaintiff *pro se* Christopher Scott Payne and Defendant City of Grover Beach, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Order to Show Cause Re: Dismissal issued by this Court on September 2, 2026 (Dkt. 60) is hereby **DISCHARGED and VACATED** in full.

2. The Clerk of Court is directed to record Plaintiff's updated address of record on the official docket pursuant to Local Rule 41-6 as follows: **1 Poehnert Rd, Boerne, Texas 78006** (Email: green.eggs.ham.run@gmail.com).

3. All discovery obligations, pretrial deadlines, status report filings, and scheduling directives set forth in the Court's Case Management and Scheduling Order (Dkt. 58) are hereby **STAYED** through and including **October 13, 2026**, to allow the parties to complete municipal executive review pursuant to California Government Code § 54956.9(d)(4) and finalize formal settlement documentation.

4. On or before **October 13, 2026**, the parties shall file either a Joint Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or a Joint Settlement Status Report.

**IT IS SO ORDERED.**

Dated: ________________________, 2026 ____________________________________________

**HON. KAREN E. SCOTT**

*United States Magistrate Judge*