Wiley R. Driskill, SBN 253913
Karmdeep Gill, SBN 317358
LOZANO SMITH
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Telephone: (559) 431-5600
Facsimile: (559) 261-9366
Emails: wdriskill@lozanosmith.com
kgill@lozanosmith.com

Attorneys for Defendant
CITY OF GROVER BEACH

LOZANO SMITH
7404 N. Spalding Ave., Fresno, CA 93720
Tel 559-431-5600 Fax 559-261-9366

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCOTT PAYNE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF GROVER BEACH, a municipal entity,<br><br>Defendant. | Case No. 2:25-cv-12282-CV-KES<br><br>**DEFENDANT CITY OF GROVER BEACH'S RESPONSE TO PLAINTIFF'S "JOINT MOTION" TO STAY PROCEEDINGS PENDING EXECUTION OF SETTLEMENT; RESPONSE TO ORDER TO SHOW CAUSE (DKT. 60)**<br><br>Action Filed: December 29, 2025<br>Judge: Hon. Karen E. Scott<br><br>**Fed. R. Civ. P. 12(c)**<br><br>Date: November 10, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6D, 6th Floor<br>Judge: Hon. Karen E. Scott |

Unfortunately, Plaintiff Christopher Scott Payne ("Plaintiff"), makes a number of false assertions to the Court in his most recent filing misleadingly titled "Joint Motion to Stay Proceedings Pending Execution of Settlement Agreement." (See Joint Motion to Stay Proceedings Pending Execution of Settlement; Response to Order to Show Cause (Doc. 65).)

Defendant, City of Grover Beach ("City"), has never entered into a conditional settlement with Plaintiff and, and in fact, has not even had settlement discussions with Plaintiff. The City is not interested in pursuing settlement of the case at this juncture, as evidenced by its filing of a Motion for Judgement on the Pleadings. (See City of Grover Beach's Motion for Judgment on the Pleadings (Doc. 61).)

Moreover, the City never agreed to the filing of a joint motion, nor did it do anything to indicate that it would like to have the proceedings stayed. Plaintiff's willful misrepresentations to the Court to the contrary violate Federal Rule of Civil Procedure 11.

LOZANO SMITH
7404 N. Spalding Ave., Fresno, CA 93720
Tel 559-431-5600 Fax 559-261-9366

## GOVERNING LAW

"By presenting to the Court a pleading, written motion, or other paper . . . an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances: (1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation [and] (2) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery." (Fed. Rule Civ. Pro. 11(b)(1), (3).)

## ARGUMENT

As stated above, the City does not agree with Plaintiff's request for a stay and did not consent to Plaintiff's filing of his "Joint Motion to Stay Proceedings." Further, the City never reached "a comprehensive, good-faith conditional settlement agreement resolving all claims arising out of the seizure and impoundment of Plaintiff's 2019 Tesla Model 3." (See, Plaintiff's "Joint Motion to Stay Proceedings Pending Execution of Settlement; Response to Order to Show Cause" (Doc. 65).)

Instead of complying with the Court's orders and engaging in a good-faith prosecution of his complaint, Plaintiff has ignored the Court's admonitions, failed to respond to the City's correspondence, and now, has lied to the Court by claiming that the

LOZANO SMITH
7404 N. Spalding Ave., Fresno, CA 93720
Tel 559-431-5600 Fax 559-261-9366

parties have agreed to stay the proceedings in order to settle the case. Plaintiff's blatant disregard for Court Rules and the Federal Rules of Civil Procedure evinces an intent to unnecessarily delay the proceeding, increase the cost of litigation to the City, and inhibit the City's ability to defend itself against Plaintiff's claims. Plaintiff's actions are not based on a misunderstanding – the City never indicated to Plaintiff that it wanted to settle the matter, that it wanted time to consider Plaintiff's settlement offer, or that it consented to the filing of a joint motion. Plaintiff's decision to file a motion filled with false statements is sanctionable.

Moreover, the City has already informed Plaintiff what it requires of him to release his vehicle. (See City of Grover Beach's Opposition to Third Renewed Application for Temporary Restraining Order, Exhibit B (Doc. 46).) The requirements outlined in the City's letter were not determined randomly but, rather, consist of actions Plaintiff must take in order to operate his vehicle under California law. Plaintiff did not reach out to the City to discuss these requirements at any point during this litigation. Instead of making a good faith attempt at resolving this matter in a timely fashion, Plaintiff ignored the City's letter and created a "conditional settlement agreement" out of whole cloth months later. Plaintiff then misled the Court by stating that the City agreed to this "conditional settlement agreement" though it contains none of the legal requirements the City set forth in its letter.

///

///

///

///

///

## CONCLUSION

In short, the City did not agree to request a stay and it did not enter into a conditional settlement agreement with Plaintiff. The Court has been very charitable in its treatment of Plaintiff during the pendency of this case. Plaintiff has not reciprocated. His decision to mislead the Court, his failure to abide by the Court's orders, and his disregard of the ethical requirements applicable to parties to litigation, warrant a dismissal of his complaint.

Dated: September 28, 2026

Respectfully submitted,

**LOZANO SMITH**

*/s/ Wiley R. Driskill*
Wiley R. Driskill
Karmdeep S. Gill
Attorneys for Defendant
CITY OF GROVER BEACH

LOZANO SMITH
7404 N. Spalding Ave., Fresno, CA 93720
Tel 559-431-5600 Fax 559-261-9366

# PROOF OF SERVICE

I, **Veronica Banda,** am employed in the County of Fresno, State of California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is7404 N. Spalding Ave., Fresno, California, 93720. **FOR ELECTRONIC SERVICE:** My email address is **vbanda@lozanosmith.com**.

On September 28, 2026, I served the attached:

**DEFENDANT CITY OF GROVER BEACH'S RESPONSE TO PLAINTIFF'S JOINT MOTION TO STAY PROCEEDINGS PENDING EXECUTION OF SETTLEMENT; RESPONSE TO ORDER TO SHOW CAUSE (DKT. 60)**

on the interested parties in said cause, by causing delivery to be made by the mode of service indicated below:

Christopher Scott Payne
P.O. Box 1318, M/S 3147
Sacramento, CA 95812
***PRO SE***
Email: paynec9@icloud.com
castillochristen33@gmail.com
lost.yet.another21@gmail.com

LOZANO SMITH
7404 N. Spalding Ave., Fresno, CA 93720
Tel 559-431-5600 Fax 559-261-9366

[ X ] (***Regular U.S. Mail***) on all parties in said action in accordance with Code of Civil Procedure Section 1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above, at Lozano Smith, which mail placed in that designated area is given the correct amount of postage and is deposited at the Post Office that same day, in the ordinary course of business, in a United States mailbox in the County of Fresno.

[ X ] (***By Electronic Mail***) on all parties in said action by transmitting a true and correct to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 28, 2026, at Fresno, California.

[signature]

Veronica Banda