# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER SCOTT PAYNE

PLAINTIFF(S)

v.

CITY OF GROVER BEACH

DEFENDANT(S)

CASE NUMBER:

2:25−cv−12282−CV−KES

**NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

TO: All Parties of Record

You are hereby notified that the Magistrate Judge's Report and Recommendation has been filed on October 1, 2026 .

Any party having Objections to the Report and Recommendation and/or order shall, not later than October 19, 2026 , file and serve a written statement of Objections with points and authorities in support thereof before the Honorable Magistrate Judge Karen E. Scott . A party may respond to another party's Objections within 14 days after being served with a copy of the Objections.

Failure to object within the time limit specified shall be deemed a consent to any proposed findings of fact. Upon receipt of Objections and any Response thereto, or upon expiration of the time for filing Objections or a Response, the case will be submitted to the District Judge for disposition. Following entry of Judgment and/or Order, all motions or other matters in the case will be considered and determined by the District Judge.

The Report and Recommendation of a Magistrate Judge is not a Final Appealable Order. A Notice of Appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1) should not be filed until entry of a Judgment and/or Order by the District Judge.

CLERK, UNITED STATES DISTRICT COURT

Dated: October 1, 2026

By: /s/ *Jazmin Dorado*
Deputy Clerk