CHRISTOPHER SCOTT PAYNE
1 Poehnert Rd, Boerne, Texas 78006
Telephone: (830) 446-9964 | Email: green.eggs.ham.run@gmail.com
Plaintiff Pro Se

FILED
CLERK, U.S. DISTRICT COURT
10/19/2026
CENTRAL DISTRICT OF CALIFORNIA
BY jd DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SCOTT PAYNE,<br>Plaintiff pro se,<br>v.<br>CITY OF GROVER BEACH, a municipal corporation; and DOES 1-10, inclusive,<br>Defendants. | Case No.: 2:25-cv-12282-CV-KES<br><br>PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)(A) AND ITEMIZED DAMAGES COMPUTATION SCHEDULE<br>[IN RESPONSE TO OSC, DKT. 60]<br>Judge: Hon. Cynthia Valenzuela<br>Magistrate: Hon. Karen E. Scott |

**TO THE COURT, DEFENDANT CITY OF GROVER BEACH, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on October 10, 2026, Plaintiff pro se Christopher Scott Payne served upon counsel of record for Defendant City of Grover Beach (Lozano Smith, LLP, Attn: Karmdeep Gill, Esq. and Wiley Russ Driskill, Esq., 7404 North Spalding Avenue, Fresno, California 93720), via U.S. First-Class Mail and Electronic Mail, PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)(A) AND ITEMIZED DAMAGES COMPUTATION SCHEDULE.

**I. PURPOSE OF NOTICE AND COMPLETE DISCHARGE OF ORDER TO SHOW CAUSE**

Plaintiff provides this formal Notice to the Court to establish complete, affirmative compliance with his initial disclosure obligations under Federal Rule of Civil Procedure 26(a)(1)(A) and to formally discharge the Court's Order to Show Cause (Dkt. 60).

In compliance with Central District Local Rule 41-6, Plaintiff has maintained his current physical address of record at 1 Poehnert Rd, Boerne, Texas 78006, telephone (830) 446-9964, and email address at green.eggs.ham.run@gmail.com, where all electronic and postal transmissions are promptly received. Plaintiff's timely service of initial disclosures and itemized damages calculations resolves all discovery matters raised in the Order to Show Cause and completely refutes Defendant's assertions of procedural default.

**II. SUMMARY OF INITIAL DISCLOSURES SERVED ON DEFENDANT**

Plaintiff's Initial Disclosures served on Defendant City of Grover Beach comprehensively provide:

1. Individuals with Discoverable Information (Rule 26(a)(1)(A)(i)): Identifies nine (9) individuals and entities likely to possess discoverable information, including Plaintiff, GBPD Operations Commander Nelida Aceves, GBPD Chief Jim Munro, City Manager Matthew Bronson, City Attorney Jennifer Thompson, Administrative Services Director Nick Szamet, Four Corners Towing custodians, Copart salvage yard custodians, and Lozano Smith staff.

2. Documents, ESI, and Tangible Things (Rule 26(a)(1)(A)(ii)):

Discloses the 2019 Tesla Model 3 tangible vehicle, high-voltage battery telemetry, MCU event logs, Sentry video files, GBPD Computer-Aided Dispatch (CAD) records, dashcam/BWC video, official municipal treasury check registers (Jan, Apr, Jul, Aug 2026), City Council minutes/agendas, and DMV lien notices.

3. Itemized Computation of Damages (Rule 26(a)(1)(A)(iii)): Provides a granular damages calculation totaling $86,520.00 to $100,000.00+ in accrued litigation exposure, itemizing: (a) $25,670.00 in accrued loss of use (302 days @ $85/day under Cal. Civ. Code Sec. 3336); (b) $14,500.00 in high-voltage battery pack degradation/replacement; (c) $2,500.00 in physical depreciation; (d) $3,850.00 in out-of-pocket transit expenses; (e) $3,500.00+ in void tow lien cancellations; (f) $15,000.00 in general constitutional damages; (g) nominal damages under Uzuegbunam v. Preczewski, 141 S. Ct. 792 (2021); and (h) $25,000.00 in punitive damages against individual officers.

4. Insurance Disclosures (Rule 26(a)(1)(A)(iv)): Discloses Defendant City's risk pool indemnification under the California Joint Powers Insurance Authority (CJPIA).

**III. CONCLUSION**

Because Plaintiff has fully complied with Rule 26(a)(1) and maintained his current record address under Local Rule 41-6, Plaintiff respectfully requests that the Court discharge the Order to Show Cause (Dkt. 60).

DATED: October 10, 2026

Respectfully submitted,

CHRISTOPHER SCOTT PAYNE, Plaintiff Pro Se

**VERIFICATION PURSUANT TO 28 U.S.C. SEC. 1746**

I, Christopher Scott Payne, declare under penalty of perjury under the laws of the United States of America that I am the Plaintiff pro se in this action; that I have read the foregoing Notice of Service; and that the statements set forth therein are true and correct of my own knowledge.

Executed on October 10, 2026, at Boerne, Texas.

CHRISTOPHER SCOTT PAYNE, Declarant

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2026, I served a true and correct copy of this NOTICE OF SERVICE OF INITIAL DISCLOSURES on Defendant City of Grover Beach by depositing the same in the U.S. Mail, postage prepaid, and by electronic mail, addressed to outside defense counsel of record:

LOZANO SMITH, LLP | Attn: Karmdeep Gill, Esq. (kgill@lozanosmith.com)
Attn: Wiley Russ Driskill, Esq. (wdriskill@lozanosmith.com)
7404 North Spalding Avenue, Fresno, California 93720

Executed on October 10, 2026, at Boerne, Texas.

CHRISTOPHER SCOTT PAYNE