Wiley R. Driskill, SBN 253913
Karmdeep Gill, SBN 317358
LOZANO SMITH
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Telephone: (559) 431-5600
Facsimile: (559) 261-9366
Emails: wdriskill@lozanosmith.com
kgill@lozanosmith.com

Attorneys for Defendant
CITY OF GROVER BEACH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCOTT PAYNE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF GROVER BEACH, a municipal entity,<br><br>Defendant. | Case No. 2:25-cv-12282-CV-KES<br><br>**DEFENDANT CITY OF GROVER BEACH'S RESPONSE TO PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Action Filed: December 29, 2025<br>Judge: Hon. Karen E. Scott<br><br>**Fed. R. Civ. P. 12(c)**<br><br>Date:<br>Time:<br>Courtroom: 6D, 6th Floor<br>Judge: Hon. Karen E. Scott |

## I. INTRODUCTION

Defendant City of Grover Beach ("City") issues this response to address the procedural defects of Plaintiff Christopher Scott Payne's ("Plaintiff") Memorandum of Points and Authorities in Opposition to Defendant City of Grover Beach's Motion for Judgment on the Pleadings ("Opposition"). The City will not address the substance of Plaintiff's Opposition unless so directed by the Court.

It is the City's position that the Court should disregard Plaintiff's Opposition for two reasons. First, Plaintiff's Opposition is untimely under the Court's Case



LOZANO SMITH
7404 N. Spalding Ave., Fresno, CA 93720
Tel 559-431-5600 Fax 559-261-9366

Management and Scheduling Order. (Dkt. 58.) Second, Magistrate Judge Hon. Karen E. Scott issued a Report and Recommendations recommending that this matter be dismissed with prejudice to which Plaintiff did not timely object. (Dkt. 69.) Plaintiff's failure to comply with the Court's scheduling order and his decision not to object to the Report and Recommendations obviates the need to rule on the City's Motion for Judgment on the Pleadings. Therefore, Defendant City of Grover Beach ("City") respectfully requests that the Court enforce the Case Management and Scheduling Order and follow Magistrate Judge Hon. Karen E. Scott's Report and Recommendations and dismiss this matter with prejudice.

## II. PROCEDURAL HISTORY

On May 28, 2026, the Court issued its Case Management and Scheduling Order outlining the obligations of the parties over the course of this litigation. (Dkt. 58.) On September 2, 2026, the Court issued an Order to Show Cause ("OSC") which required Plaintiff to respond by September 16, 2026, and address why the case should not be dismissed for various reasons. (Dkt. 60.) Plaintiff did not timely respond to the OSC. Instead, on September 18, 2026, Plaintiff filed a document mistitled "joint motion," in which he falsely stated that he and the City reached a settlement and requested that the case be stayed. (Dkt. 65, 66.) On September 28, 2026, the City responded to Plaintiff's "joint motion" and informed the Court that the City had not reached a settlement with Plaintiff, did not want the case to be stayed, and never agreed to the filing of the mistitled "joint motion". (Dkt. 68.)

On October 1, 2026, Magistrate Judge Hon. Karen E. Scott issued a Report and Recommendations recommending that this matter be dismissed with prejudice (and that the City's pending Motion for Judgment on the Pleadings be denied as moot in light of the Magistrate's recommended dismissal). (Dkt. 69.) Plaintiff had until October 19, 2026, to object to the Report and Recommendations. (Dkt. 70.) Plaintiff never objected to the Report and Recommendations. Instead, on October 20, 2026, Plaintiff filed his untimely Opposition to the City's Motion for Judgment on the Pleadings. (Dkt. 71.)

LOZANO SMITH
7404 N. Spalding Ave., Fresno, CA 93720
Tel 559-431-5600 Fax 559-261-9366

## III. RESPONSE

Pursuant to the Court's Case Management and Scheduling Order, any opposition to a substantive motion shall be filed and served within twenty-eight (28) days of service of the substantive motion unless otherwise ordered by the Court. (Dkt. 58.) The City's Motion for Judgment on the Pleadings was filed and served on Plaintiff on September 9, 2026. (Dkt. 61.) Any opposition would have been due by October 7, 2026. The Court never extended the time in which Plaintiff could file an opposition. Therefore, Plaintiff's Opposition is untimely and should be disregarded by the Court.[1]

Moreover, Plaintiff did not object to, or otherwise address, Magistrate Judge Hon. Karen E. Scott's Report and Recommendations that the case be dismissed with prejudice. Plaintiff's decision not to file an objection to the Report and Recommendations reflects that Plaintiff has no basis to challenge the facts, legal conclusions, and recommendations in the Report and Recommendations. Further, Plaintiff's choice to instead file an untimely Opposition evinces an intent to continue to defy the Court's orders. This conduct should not be rewarded.

For the reasons stated above, the City requests that the Court disregard Plaintiff's untimely Opposition.

Dated: November 6, 2026

Respectfully submitted,

**LOZANO SMITH**

Wiley R. Driskill
Karmdeep S. Gill
Attorneys for Defendant
CITY OF GROVER BEACH

[1] In addition to his Opposition, Plaintiff filed his Initial Disclosures with the Court on October 19, 2026. (Dkt. 72.) Pursuant to the Court's Case Management and Scheduling Order, Plaintiff's Initial Disclosures were to be provided to the City on or before August 5, 2026. (Dkt. 58.) Due to his failure to follow the Court's Case Management and Scheduling Order, the City respectfully requests that the Court disregard Plaintiff's Initial Disclosures.

LOZANO SMITH
7404 N. Spalding Ave., Fresno, CA 93720
Tel 559-431-5600 Fax 559-261-9366

# PROOF OF SERVICE

I, **Tomás González,** am employed in the County of Fresno, State of California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is7404 N. Spalding Ave., Fresno, California, 93720. **FOR ELECTRONIC SERVICE:** My email address is **tgonzalez@lozanosmith.com**.

On November 6, 2026, I served the attached:

**DEFENDANT CITY OF GROVER BEACH'S RESPONSE TO PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

on the interested parties in said cause, by causing delivery to be made by the mode of service indicated below:

Christopher Scott Payne
P.O. Box 1318, M/S 3147
Sacramento, CA 95812
***PRO SE***
Email: paynec9@icloud.com
castillochristen33@gmail.com
lost.yet.another21@gmail.com
green.eggs.ham.run@gmail.com

LOZANO SMITH
7404 N. Spalding Ave., Fresno, CA 93720
Tel 559-431-5600 Fax 559-261-9366

[ X ] (***Regular U.S. Mail***) on all parties in said action in accordance with Code of Civil Procedure Section 1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above, at Lozano Smith, which mail placed in that designated area is given the correct amount of postage and is deposited at the Post Office that same day, in the ordinary course of business, in a United States mailbox in the County of Fresno.

[ X ] (***By Electronic Mail***) on all parties in said action by transmitting a true and correct to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 6, 2026, at Fresno, California.

Tomás González