Wiley R. Driskill, SBN 253913
Karmdeep Gill, SBN 317358
LOZANO SMITH
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Telephone: (559) 431-5600
Facsimile: (559) 261-9366
Emails: wdriskill@lozanosmith.com
kgill@lozanosmith.com

Attorneys for Defendant
CITY OF GROVER BEACH

LOZANO SMITH
7404 N. Spalding Ave., Fresno, CA 93720
Tel 559-431-5600 Fax 559-261-9366

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCOTT PAYNE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF GROVER BEACH, a municipal entity,<br><br>Defendant. | Case No. 2:25-cv-12282-CV-KES<br><br>**DEFENDANT CITY OF GROVER BEACH'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOR JUDGMENT ON THE PLEADINGS**<br><br>Action Filed: December 29, 2025<br>Judge: Hon. Karen E. Scott<br><br>Date:<br>Time:<br>Courtroom: 6D, 6th Floor<br>Judge: Hon. Karen E. Scott |

Defendant City of Grover Beach ("City") issues this response to address Plaintiff Christopher Scott Payne's ("Plaintiff") untimely Objections to Magistrate Judge's Report and Recommendation ("Objections").

## I. PROCEDURAL HISTORY

On October 1, 2026, Magistrate Judge Hon. Karen E. Scott issued a Report and Recommendations in this matter. (Dkt. 69.) Concurrently, Magistrate Judge Hon. Karen E. Scott issued Notice of Filing of Magistrate Judge's Report and Recommendations, in

which the parties were given until October 19, 2026, to file and serve a written statement of Objections, with points and authorities in support thereof, to the Report and Recommendations. (Dkt. 70.) The Notice of Filing of Magistrate Judge's Report and Recommendations stated that "[f]ailure to object within the time limit specified shall be deemed a consent to any proposed findings of fact" and, "upon expiration of the time for filing Objections," the case would be submitted to the District Judge for disposition. (Dkt. 70.) On October 31, 2026, Plaintiff belatedly filed his Objections. (Dkt. 74.)

On October 1, 2026, Magistrate Judge Hon. Karen E. Scott issued a Report and Recommendations recommending that this matter be dismissed with prejudice (and that the City's pending Motion for Judgment on the Pleadings be denied as moot in light of the Magistrate's recommended dismissal). (Dkt. 69.) Plaintiff had until October 19, 2026, to object to the Report and Recommendations. (Dkt. 70.) Plaintiff never objected to the Report and Recommendations. Instead, on October 20, 2026, Plaintiff filed his untimely Opposition to the City's Motion for Judgment on the Pleadings. (Dkt. 71.)

LOZANO SMITH
7404 N. Spalding Ave., Fresno, CA 93720
Tel 559-431-5600 Fax 559-261-9366

## II. CITY'S RESPONSE

Typically, "a party may serve and file specific written objections to the proposed findings and recommendations" within "14 days after being served with a copy of the recommended disposition." (Federal Rule of Civil Procedure 72(b)(2).) "Rule 72 embodies a policy preference for speedy decisions[.]" (*Rouviere v. DePuy Orthopaedics Inc.* (S.D.N.Y. 2021) 560 F.Supp.3d 774, 788.) "[A] district court is under no obligation to review a portion of a magistrate judge's report unless a[] [timely] objection to it has been filed[.]" (*Maisonet v. Genett Group, Inc.* (D. Puerto Rico 2012) 863 F.Supp.2d 138, 143.)

Here, the Notice of Filing of Magistrate Judge's Report and Recommendations gave both parties 18 days to file any objections, a longer duration than that required under FRCP 72(b)(2). (Dkt. 70.) Plaintiff still failed to submit his Objections in a timely manner. Additionally, Plaintiff never requested an extension of the deadline in which to file his Objections. (See FRCP 6(b)(1)(A)-(B).) Plaintiff's failure to comply with court

orders was one of the issues noted in the Report and Recommendations. His continued disregard for court orders reflects an inability to fulfill his obligations as a party in this proceeding. Therefore, the Court should not consider his belated Objections.

Moreover, Plaintiff's Objections do not address the most serious finding of the Report and Recommendations, that Plaintiff falsely told the Court that he had come to a settlement with the City. (See Dkt. 65, 66.) Nor do the Objections explain why he repeatedly missed deadlines set by the Court despite warnings that a failure to comply with these deadlines could lead to a dismissal of his case. (Dkt. 60.) Plaintiff's Objections also fail to address the factors examined in the Report and Recommendations when determining whether dismissal was an appropriate remedy to Plaintiff's malfeasance throughout the course of these proceedings. (Dkt. 61.) In sum, Plaintiff's failure file his Objections timely, and to engage with the factual findings and legal conclusions of the Report and Recommendations, evinces an incapability to prosecute this case.

For the reasons stated above, the City requests that the Court disregard Plaintiff's untimely Objections.

LOZANO SMITH
7404 N. Spalding Ave., Fresno, CA 93720
Tel 559-431-5600 Fax 559-261-9366

Dated: November 16, 2026

Respectfully submitted,

**LOZANO SMITH**

Wiley R. Driskill
Karmdeep S. Gill
Attorneys for Defendant
CITY OF GROVER BEACH

LOZANO SMITH
7404 N. Spalding Ave., Fresno, CA 93720
Tel 559-431-5600 Fax 559-261-9366

## PROOF OF SERVICE

I, **Tomás González,** am employed in the County of Fresno, State of California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 7404 N. Spalding Ave., Fresno, California, 93720. **FOR ELECTRONIC SERVICE:** My email address is **tgonzalez@lozanosmith.com**.

On November 16, 2026, I served the attached:

**DEFENDANT CITY OF GROVER BEACH'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOR JUDGMENT ON THE PLEADINGS**

on the interested parties in said cause, by causing delivery to be made by the mode of service indicated below:

Christopher Scott Payne
P.O. Box 1318, M/S 3147
Sacramento, CA 95812
***PRO SE***
Email: paynec9@icloud.com
castillochristen33@gmail.com
lost.yet.another21@gmail.com
green.eggs.ham.run@gmail.com

[ X ] (***Regular U.S. Mail***) on all parties in said action in accordance with Code of Civil Procedure Section 1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above, at Lozano Smith, which mail placed in that designated area is given the correct amount of postage and is deposited at the Post Office that same day, in the ordinary course of business, in a United States mailbox in the County of Fresno.

[ X ] (***By Electronic Mail***) on all parties in said action by transmitting a true and correct to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 16, 2026, at Fresno, California.

Tomás González