CHRISTOPHER SCOTT PAYNE
Mailing address: 1 Poehnert Rd, Boerne, TX 78006
Telephone: (213) 962-7604
Email: green.eggs.ham.run@gmail.com
Plaintiff Pro Se

FILED
CLERK, U.S. DISTRICT COURT
11/13/2026
CENTRAL DISTRICT OF CALIFORNIA
BY jd DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER SCOTT PAYNE, | ) | Case No. 2:25-cv-12282-CV-KES |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S NOTICE OF CHANGE OF |
| v. | ) | ADDRESS, TELEPHONE, AND EMAIL |
| CITY OF GROVER BEACH, a municipal | ) | [L.R. 41-6, 83-2.4] |
| entity, | ) | |
| | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT, DEFENDANT, AND ITS COUNSEL OF RECORD:

Plaintiff Christopher Scott Payne gives notice that his contact information of record is now:

Mailing address: 1 Poehnert Rd, Boerne, Texas 78006

Telephone: (213) 962-7604

Email: green.eggs.ham.run@gmail.com

This replaces all earlier addresses, telephone numbers, and email addresses, including P.O. Box 1318, M/S 3147, Sacramento, CA 95812; telephone numbers

(331) 272-0669, (865) 456-0825, (830) 446-9964, and (830) 555-0199; and email addresses paynec9@icloud.com, castillochristen33@gmail.com, and lost.yet.another21@gmail.com. Plaintiff asks that all future notices and papers be sent only to the mailing address, telephone number, and email address listed above.

The Boerne, Texas address is a mailing address only. Plaintiff currently lives in San Luis Obispo County, California, and has been there since about September 20, 2026. Plaintiff asks the Clerk to update the docket and asks that all papers be served at the address above.

DATED: November 12, 2026

Respectfully submitted,

CHRISTOPHER SCOTT PAYNE
Plaintiff Pro Se
1 Poehnert Rd, Boerne, TX 78006
Telephone: (213) 962-7604
Email: green.eggs.ham.run@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on November 12, 2026, I served this NOTICE OF CHANGE OF ADDRESS, TELEPHONE, AND EMAIL on Defendant by placing a true copy in a sealed envelope with first-class postage prepaid in the United States mail, addressed to: Wiley R. Driskill and Karmdeep Gill, Lozano Smith, 7404 N. Spalding Avenue, Fresno, California 93720-3370; and by email to wdriskill@lozanosmith.com and kgill@lozanosmith.com.

CHRISTOPHER SCOTT PAYNE