# EXHIBIT 1

**Tomás L. González**

**From:** Christen <green.eggs.ham.run@gmail.com>
**Sent:** Friday, October 23, 2026 12:22 PM
**To:** TJ Gill; Wiley R. Driskill
**Subject:** Meet and Confer Conference - Payne v. City of Grover Beach (Case No. 2:25-cv-12282-CV-KES)

**External Gmail Warning:** This message was sent from a Gmail address. Gmail accounts are frequently used to send phishing or malicious emails. Use caution when clicking on any hyperlinks or attachments.

Dear Counsel,

Pursuant to Central District of California Local Rule 7-3, this email serves as our mandatory meet-and-confer communication regarding the upcoming proceedings and related motion/discovery issues in Christopher Scott Payne v. City of Grover Beach, Case No. 2:25-cv-12282-CV-KES.

Please let me know your availability for a telephone or video conference within the next few days to discuss the substance of the disputed issues and explore any potential resolution prior to filing.

Best regards,

Christopher Scott Payne
Plaintiff Pro Se