# EXHIBIT 2

**Tomás L. González**

| | |
|---|---|
| **From:** | Christen <green.eggs.ham.run@gmail.com> |
| **Sent:** | Monday, October 26, 2026 6:09 PM |
| **To:** | TJ Gill; Wiley R. Driskill |
| **Subject:** | Re: L.R. 7-3 Meet and Confer / Request for Joint Stipulation for Leave to File First Amended Complaint — Payne v. City of Grover Beach, Case No. 2:25-cv-12282-CV-KES |
| **Attachments:** | 03_Exhibit_A_Clean_First_Amended_Complaint.pdf; 04 _Exhibit_B_Redlined_FAC_vs_Original_Petition.pdf; 02 _Joint_Stipulation_and_Proposed_Order_FAC.docx |

**External Gmail Warning:** This message was sent from a Gmail address. Gmail accounts are frequently used to send phishing or malicious emails. Use caution when clicking on any hyperlinks or attachments.

Dear Counsel,

Pursuant to Central District of California Local Rule 7-3 and Federal Rule of Civil Procedure 15(a)(2), I am writing to meet and confer regarding Plaintiff's proposed First Amended Complaint (FAC) in Christopher Scott Payne v. City of Grover Beach, et al., Case No. 2:25-cv-12282-CV-KES.

To conserve party resources and promote judicial economy, I request that Defendants jointly stipulate to the filing of the First Amended Complaint. Under FRCP 15(a)(2), courts freely grant leave to amend when justice so requires, and Ninth Circuit policy strongly favors resolving civil rights claims on their merits.

Filing the First Amended Complaint will clarify the operative claims, formally name Operations Commander Nelida Aceves in her individual capacity, incorporate refined statutory due process disclosures regarding California Civil Code §§ 3068 and 3071–3072, and render Defendant City's pending Motion for Judgment on the Pleadings (Dkt. 61) moot upon docketing—thereby avoiding unnecessary contested motion practice.

Please let me know by October 29th if Defendants will agree to the stipulation.

Sincerely,
Chris