# EXHIBIT 1

**Tomás L. González**

**From:** Wiley R. Driskill
**Sent:** Tuesday, November 10, 2026 9:15 AM
**To:** Christen; TJ Gill
**Subject:** RE: Payne v. City of Grover Beach, No. 2:25-cv-12282-CV-KES – Notice of Ex Parte Application (L.R. 7-19.1)

Mr. Payne,

The City will oppose any such ex parte application.

Sincererly,

Lozano Smith ATTORNEYS AT LAW
**Wiley R. Driskill | Attorney at Law**
7404 North Spalding Avenue, Fresno, CA 93720-3370
T: 559.431.5600 F: 559.261.9366

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information only for use by the intended recipients. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, disclose, or distribute this message (or any information contained in or attached to it) to anyone. You may be subject to civil action and/or criminal penalties for violation of this restriction. If you received this transmission in error, please notify the sender by reply e-mail or by telephone at (800) 445-9430 and delete the transmission.

---

**From:** Christen <green.eggs.ham.run@gmail.com>
**Sent:** Monday, November 9, 2026 1:46 PM
**To:** Wiley R. Driskill <wdriskill@lozanosmith.com>; TJ Gill <kgill@lozanosmith.com>
**Subject:** Payne v. City of Grover Beach, No. 2:25-cv-12282-CV-KES – Notice of Ex Parte Application (L.R. 7-19.1)

**External Gmail Warning:** This message was sent from a Gmail address. Gmail accounts are frequently used to send phishing or malicious emails. Use caution when clicking on any hyperlinks or attachments.

Mr. Driskill and Ms. Gill:

Pursuant to Local Rule 7-19.1, I am giving you notice that I intend to file an ex parte application in Payne v. City of Grover Beach, Case No. 2:25-cv-12282-CV-KES.

Substance: The application asks the Court, under Fed. R. Civ. P. 6(b)(1)(B), for leave to file objections to the Magistrate Judge's Report and Recommendation (Dkt. 69) after the October 19, 2026 deadline. The objections are included in the same filing. Among other things, they withdraw and correct the settlement statement in Dkt. 65.

Timing: I intend to submit the application through EDSS on 11/10/2026

Please let me know if the City opposes the application. I will report your position, or that I did not receive

one, in the application. You will be served with the complete filing when it is submitted.

I can also be reached by phone at (213) 962-7604.

Regards,

Christopher Scott Payne
Plaintiff Pro Se
(213) 962-7604
green.eggs.ham.run@gmail.com